UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIVINGSTON PARISH GRAVITY
DRAINAGE DISTRICT NO. 1

CIVIL ACTION

VERSUS

NO.: 15-68-JWD-RLB

WETLAND EQUIPMENT
COMPANY, INC.

**O P I N I O N**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated April 28, 2015 to which no objection was filed:

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 4) is DENIED.

Signed in Baton Rouge, Louisiana, on May 29, 2015.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**